**338**

**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Billy R. MCCULLERS, Jr.,
Defendant-Appellant.**

**No. 16-7131**

United States Court of Appeals,
Fourth Circuit.

Submitted: January 17, 2017

Decided: January 19, 2017

Billy R. McCullers, Jr., Appellant Pro Se. Melissa Elaine O'Boyle, Assistant United States Attorney, Norfolk, Virginia; Howard Jacob Zlotnick, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy R. McCullers, Jr., appeals from the district court's margin order denying his motion filed in his criminal case under Fed R. Civ. P. 15(c)(2) to relate back a new claim to his previously adjudicated and denied 28 U.S.C. § 2255 (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. United States v. McCullers, No. 4:07–cr–00049–RBS–JEB–

1 (E.D. Va. Aug. 12, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>